# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

**ANDREY BRIDGES**

**WARRANT FOR ARREST**

06- 048M-01

Case No. 04-1349M

2005 FEB -2 P 5:01

FILED
FEB 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANDREY BRIDGES__ and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with (brief description of offense):

VIOLATION OF PROBATION - PO GINA GONSALVES

in violation of Title 18 United States Code, Section(s) 3606

__THOMAS DIGIROLAMO__
Name of Issuing Officer

__MAGISTRATE JUDGE__
Title of Issuing Officer

__MARIE WALBURN__
(By) Deputy Clerk

January 28, 2005   Greenbelt, MD
Date and Location

Bail fixed at $ __NO BOND__

by _[signature]_ Thomas M. DiGirolamo
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2-7-06 | Dpsm Bucky Burke | [signature] |

U.S. DISTRICT COURT (Rev. 12/98)