**U.S. Probation and Pretrial Services**
# MEMORANDUM

| | |
|---|---|
| **DATE:** | January 18, 2005 |
| **TO:** | The Honorable Thomas M. DiGirolamo<br>U.S. Magistrate Judge |
| **FROM:** | Gina L. Gonsalves<br>U.S. Probation Officer<br>301-344-3746 |
| **RE:** | BRIDGES, Andrey<br>Docket No. 04-01349M<br>Exp. Date: 06/13/05 |
| **SUBJ:** | <u>Notice of Violation - Warrant Requested</u> |

**Sentencing Information:**

On June 14, 2004, Andrey Bridges appeared before Your Honor for sentencing subsequent to conviction for the offense of Operating After Suspension. He was placed on probation for a period of 12 months, with the following conditions imposed: 1) The defendant shall not operate a motor vehicle until properly licensed, 2) The defendant shall perform 50 hours of community service as directed by the probation officer, and 3) The defendant is instructed to pay a special assessment in the amount of $20. Supervision is scheduled to expire June 13, 2005.

In correspondence dated October 4 and October 12, 2004, we informed Your Honor of drug use and continued non-compliance issues. We now allege that the non-compliance continues.

**Adjustment to Supervision/Violations Alleged:**

Mr. Bridges' adjustment to supervision remains poor. Mr. Bridges maintains residence with his mother in Washington, DC. Mr. Bridges remains unemployed and claims to receive disability. He claims the disability insurance is not in his name, but he is the recipient. We have repeatedly requested proof of this, but he never provided documents to verify his claims. Mr. Bridges has not submitted the monthly reports for November or December 2004. Mr. Bridges has not completed his community service, as he has not returned to his designated agency, due to continued problems, which were referenced in our previous correspondence. At our last office visit on October 12, 2004, Mr. Bridges said he would pay the $20 special assessment fee, but has not paid it. At this same

BRIDGES, Andrey
Docket No. 04-01349M
Page 2

meeting, Mr. Bridges submitted a urine specimen, which was confirmed positive for THC on 10/19/04. We told Mr. Bridges that a positive specimen would merit a modification of conditions to include drug treatment. Mr. Bridges was not happy about the possibility of drug treatment, began using profanity and said we may as well lock him up right now and that we are too much in his business. As Mr. Bridges is illiterate and cannot read or write, we wrote the information down for him, but also verbally instructed him to report back to the probation office on November 9, 2004. On November 9, 2004, Mr. Bridges did not report for his scheduled appointment, nor did he call regarding his appointment. We called and spoke to Mr. Bridges on November 10, 2004 and Mr. Bridges said he thought that we were doing a home visit on that date. We then verbally instructed Mr. Bridges to report to the office on November 30, 2004 and to bring his disability papers with him. On November 30, 2004, Mr. Bridges did not report for his scheduled appointment, nor did he call regarding his appointment. On December 20, 2004, we left a voice message for Mr. Bridges regarding his failure to report for his scheduled appointment, failure to pay his special assessment, failure to complete community service, and his failure to submit verification of disability. Later this same date, we conducted a criminal record check and it revealed two new arrests during the month of November 2004. One arrest on November 2, 2004 was for Possession of Marijuana and another arrest was on November 18, 2004 for Assault. We are investigating both of these arrests, but have nothing to report at this time. Additionally, much later this same date of December 20, 2004, Mr. Bridges called to report that he was released from Washington Hospital Center this date. Mr. Bridges said that he attempted suicide by cutting his wrists on Thursday, December 16, 2004 and was admitted to the hospital at that time. We spoke to Mr. Bridges' mom who verified that she and Mr. Bridges were just getting home from the hospital as he had attempted suicide. At that time, we asked Mrs. Bridges if she was aware that her son had been arrested anytime during the month of November 2004 and Mrs. Bridges said she believed he had been arrested for a traffic violation, but she wasn't sure. We then spoke to Mr. Bridges and asked him if he had been arrested any time during November 2004 and he said no. It should be noted that during our entire conversation, Mr. Bridges displayed a disagreeable attitude and was simply trying to get off of the telephone. We then instructed Mr. Bridges to report to the probation office on Tuesday, December 28, 2004, to bring his case up to date and to discuss the latest events in depth. Needless to say, we have not seen or heard from Mr. Bridges.

Based on the above, this officer alleges the following violations of probation supervision:

1. **Mr. Bridges is in violation of the Standard Condition #2, which states the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**
During the intake process on August 16, 2004, conditions were reviewed with Mr. Bridges and he is aware that he is required to report to the probation officer as instructed and that he is to submit a monthly report each month. Mr. Bridges was instructed on numerous occasions to report to the probation office and to contact us and he has failed to do so. Additionally, as of this writing, Mr. Bridges has not submitted monthly reports for November or December 2004.

2. **Mr. Bridges is in violation of the Standard Condition #3, which states the defendant**

BRIDGES, Andrey
Docket No. 04-01349M
Page 3

shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

During the intake process on August 16, 2004, conditions were reviewed with Mr. Bridges and he is aware that he is required to follow the instructions of the probation officer. Mr. Bridges was instructed on numerous occasions to report to the probation office and to contact us and he has failed to do so.

3. Mr. Bridges is in violation of the Standard Condition #11, which states the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

During the intake process on August 16, 2004, conditions were reviewed with Mr. Bridges and he is aware that he is required to alert us immediately of any contact with law enforcement, especially new arrests. On December 20, 2004, we conducted a criminal record check and it revealed two new arrests during the month of November 2004. One arrest on November 2, 2004 was for Possession of Marijuana and another arrest was on November 18, 2004 for Assault. Not only did Mr. Bridges not inform us of his two arrests in November 2004, but he denied being arrested.

4. Mr. Bridges is in violation of the Additional Condition which states the defendant is instructed to pay a special assessment in the amount of $20.

During the intake process on August 16, 2004, the Judgement in a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he has a financial obligation to the Court. Mr. Bridges has repeatedly agreed to satisfy the obligation. A recent check of our national database reveals that he has made no payments.

5. Mr. Bridges is in violation of the Additional Condition which states the defendant is instructed to perform 50 hours of community service.

During the intake process on August 16, 2004, the Judgement in a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he has a community service obligation to the Court. Mr. Bridges has not completed his community service, due to continued problems at the designated agency, which were referenced in our previous correspondence.

Recommendation:

Based on the violations stated above, this officer respectfully recommends a Warrant be issued for the arrest of Andrey L. Bridges, for alleged the violations of probation.

I have attached a Form 12 for the Court to execute, should Your Honor concur.

Should Your Honor have any questions or concerns, this officer is available at (301) 344-3746.

Mr. Bridges last known address is

BRIDGES, Andrey
Docket No. 04-01349A
Page 4

Mr. Bridges was represented at sentencing by Matthew Jaffee, Office of the Federal Public Defender, 6411 Ivy Lane, Suite 710, Greenbelt, MD 20770-4510.

The Government was represented at sentencing by Hollis Weisman, U.S. Courthouse, Suite 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Attachment

PROB 12
(Rev. 3/88)

United States District Court

for

<u>District of Maryland</u>

U.S.A. vs. <u>BRIDGES, Andrey L.</u>                               Docket No.: <u>04-1349M</u>

Petition on Probation and Supervised Release

COMES NOW <u>Gina L. Gonsalves</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>BRIDGES, Andrey L.</u> who was placed on probation supervision for <u>Speed/Operating After Suspension</u> by the Honorable <u>Thomas M. DiGirolamo</u>, sitting in the court at <u>District of Maryland</u>, on the <u>14th</u> day of <u>June, 2004</u> who fixed the period of probation supervision at <u>12 months</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall not operate a motor vehicle until properly licensed.
2. The defendant is instructed to pay a special assessment in the amount of $20.
3. The defendant shall perform 50 hours of community service as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If more insert here; if lengthy write on separate sheet and attach)

**WHEREAS:** On June 14, 2004 and August 16, 2004, the Judgement In a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he is required to report to the probation officer as instructed and that he is to submit monthly report each month. Mr. Bridges was instructed on numerous occasions to report to the probation office and to contact us and he has failed to do so. Additionally, as of this writing, Mr. Bridges has not submitted monthly reports for November or December 2004, in violation of Standard Condition #2 that the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**WHEREAS:** On June 14, 2004 and August 16, 2004, the Judgement In a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he is required to follow the instructions of the probation officer. Mr. Bridges was instructed on numerous occasions to report to the probation office and to contact us and he has failed to do so, in violation of Standard Condition #3 that the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**WHEREAS:** On June 14, 2004 and August 16, 2004, the Judgement In a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he has a $20 special assessment obligation to the Court. Mr. Bridges has repeatedly agreed to satisfy the obligation. A recent check of our national database reveals that he has made no payments, in violation of the Additional Condition ordered by the court.

**WHEREAS:** On June 14, 2004 and August 16, 2004, the Judgement In a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he must perform 50 hours of community service, as directed by the probation officer. Mr. Bridges has not completed his community service, due to continued problems at the designated agency, in violation of the Additional Condition ordered by the court.

**WHEREAS:** On June 14, 2004 and August 16, 2004, the Judgement In a Criminal Case and conditions were reviewed with Mr. Bridges and he is aware that he is required to alert us immediately of any contact with law enforcement, especially new arrests. On December 20, 2004, we conducted a criminal record check and it revealed two new arrests during the month of November 2004. One arrest on November 2, 2004 was for Possession of Marijuana and another arrest was on November 18, 2004 for Assault. Not only did Mr. Bridges not inform us of his two arrests in November 2004, but he denied being arrested, in violation of Standard Condition #11, wherein it states that the defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer.

BRIDGES, Andrey L.
Docket No. 04-1349M
Page 2

**PRAYING THAT THE COURT WILL ORDER** that a Warrant be issued for Mr. Andrey L. Bridges.

ORDER OF COURT
Considered and ordered as prayed this 25th day of Jan., 2004 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

_____
Gina L. Gonsalves, Probation Officer

Place _____ Greenbelt, Maryland _____

Date _____ January 18, 2005 _____