**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/13/06

Nancy Mayer-Whittington
Clerk of the Court

```
Address of Other Court: United States Courthouse
                        6500 Cherrywood Lane Second Floor
                        Greenbelt, Md. 20770
```

RE: 06MG48 (ANDREY BRIDGES)

Dear Clerk of the Court:

 Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Violation of Probation | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 2/7/06 | | |

 Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk

FILED
MAR 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT